# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KUSSAY AL-SABUNCHI,

    Plaintiff,

-vs-                                                Case No. 6:09-cv-345-Orl-18KRS

SECRETARY, DEPARTMENT OF HOMELAND
SECURITY; ACTING DIRECTOR, CITIZENSHIP
AND IMMIGRATION SERVICES; INTERIM FIELD
OFFICE DIRECTOR, CITIZENSHIP AND
IMMIGRATION SERVICES, TAMPA, FLORIDA;
ACTING FIELD OFFICE DIRECTOR, CITIZENSHIP
AND IMMIGRATION SERVICES, ORLANDO,
FLORIDA; ACTING ATTORNEY GENERAL,
UNITED STATES DEPARTMENT OF JUSTICE;
DIRECTOR, FEDERAL BUREAU OF
INVESTIGATION,

    Defendants.

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | PLAINTIFF'S MOTION TO SCHEDULE EVIDENTIARY HEARING ON PENDING APPLICATION FOR NATURALIZATION (Doc. No. 11) |
| FILED: | June 30, 2009 |

I.    PROCEDURAL HISTORY.

On February 20, 2009, Plaintiff Kussay Al-Sabunchi filed a complaint seeking judicial review of his application for naturalization, Form N-400, pursuant to 8 U.S.C. § 1447(b). Doc. No. 1. Al-